# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| Incredibowl Industries, LLC | ) | |
| | ) | |
| | ) | Case No.:  1:18-cv-7367 |
| v. | ) | |
| | ) | Judge: |
| Does 1-36 | ) | |
| | ) | Magistrate: |
| | ) | |
| | ) | |

## COMPLAINT

Plaintiff Incredibowl Industries, LLC hereby files this Complaint for, *inter alia*, trademark infringement, counterfeiting, and related claims against Defendants, on personal knowledge as to Plaintiffs' own activities and on information and belief as to the activities of others:

### THE PARTIES

1. Incredibowl Industries, LLC is a Colorado Limited Liability Company that maintains its principal place of business at 500 E. Rogers Road, Suite B, Longmont, Colorado 80501.  Plaintiff operates a webstore at https://www.incredibowlstore.com/ and sells merchandise to local retailers as shown in Exhibit 1.

2. Defendants, identified on Exhibit 2, are all believed to be individuals and unincorporated business associations who, upon information and belief, reside in foreign jurisdictions. The true names, identities and addresses of Defendants are currently unknown.

3. Defendants conduct their illegal operations through fully interactive commercial

websites hosted on various e-commerce sites, such as Wish.com and DH Gate ("Infringing Websites" or "Infringing Webstores"). Each Defendant targets consumers in the United States, including the State of Illinois, and has offered to sell and, on information and belief, has sold and/or continues to sell counterfeit products that violate Plaintiff's intellectual property rights ("Counterfeit Products") to consumers within the United States, including the State of Illinois and Northern District of Illinois. Defendants have the capacity to be sued pursuant to Federal Rule of Civil Procedure 17(b).

4. Through their operation of the Infringing Webstores, Defendants are directly and personally contributing to, inducing and engaging in the sale of Counterfeit Products as alleged, often times as partners, co-conspirators and/or suppliers. Upon information and belief, Defendants are an interrelated group of counterfeiters working in active concert to knowingly and willfully manufacture, import, distribute, offer for sale, and sell Counterfeit Products. Defendants intentionally conceal their identities and the full scope of their counterfeiting operations in an effort to deter Plaintiff from learning Defendants' true identities and the exact interworking of Defendants' illegal counterfeiting operations. The identities of these Defendants are presently unknown. If their identities become known, Plaintiff will promptly amend this Complaint to identify them.

## JURISDICTION AND VENUE

5. This is an action for trademark counterfeiting and trademark infringement, and unfair competition and false designation of origin arising under the Trademark Act of 1946, 15 U.S.C. §§ 1051, et seq., as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473 (October 12, 1984), the Anti-Counterfeiting Consumer Protection Act of 1996, Pub. L. 104-153 (July 2, 1996), and the Prioritizing Resources and Organization for Intellectual Property Act of

2007, H.R. 4279 (October 13, 2008) (the "Lanham Act"), and for unlawful and deceptive acts and practices under the laws of the State of Illinois.

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332 and 1338(a) and (b); and 15 U.S.C. §§ 1116 and 1121. This Court has jurisdiction, pursuant to the principles of supplemental jurisdiction and 28 U.S.C. § 1367, over Plaintiffs' claims for unlawful and deceptive acts and practices under the laws of the State of Illinois.

7. This Court has personal jurisdiction over Defendants in that they transact business in the State of Illinois and in the Northern District of Illinois.

8. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 in that the Defendants are entities or individuals subject to personal jurisdiction in this District. Venue is also proper in this District because a substantial part of the events or omissions giving rise to the claims occurred in this District and Defendants directly target business activities towards consumers in the State of Illinois.

## BACKGROUND FACTS

9. Plaintiff is engaged in the business of manufacturing, distributing and retailing the INCREDIBOWL for therapeutic smoking devices and accessories in the nature of smokers' articles, namely, glass pipes, bongs, plastic pipes, smoking pipes, pipe cases throughout the world, including within the Northern District of Illinois District (collectively, the "Plaintiff Products") under the Federally registered trademark identified in Paragraph 10, below. Defendants' sales of Counterfeit Products in violation of Plaintiff's intellectual property rights are irreparably damaging Plaintiff.

10. Plaintiff is the owner of all rights, title and interest in and to, inter alia, the INCREDIBOWL, U.S. Reg. No. 3878821 (the "Mark"). The registration is valid, subsisting,

unrevoked uncancelled, and incontestable pursuant to 15 U.S.C. § 1065. The registration for the

Mark constitutes prima facie evidence of validity and of Plaintiff's exclusive right to use the

Mark pursuant to 15 U.S.C. § 1057(b). Genuine and authentic copy of the U.S. federal

trademark registration certificate for the INCREDIBOWL Mark is attached as Exhibit 3.

11. Plaintiff's brand, symbolized by the INCREDIBOWL mark, is recognized among

consumers for smoking devices and accessories. As detailed below, Plaintiff has been using the

INCREDIBOWL mark for many years in connection with the advertising and sale of

Plaintiff's Products in interstate and foreign commerce, including commerce in the State of

Illinois and the Northern District of Illinois.

12. The INCREDIBOWL mark has been widely promoted, both in the United States and

throughout the world. Consumers, potential consumers and other members of the public and the

toy and craft industries not only associate Plaintiff's Products with exceptional materials,

style and workmanship, but also recognize the Plaintiff's Products sold in the United

States originate exclusively with Plaintiff.

13. As of the date of this filing, Plaintiff's Products are sold around the globe, in

North America, South America, Europe, Asia, and Austrialia.

14. Plaintiff maintains quality control standards for all INCREDIBOWL Plaintiff

Products. Genuine INCREDIBOWL Plaintiff Products are distributed through a worldwide

network of distributors and retailers, as well as Plaintiff's primary website located at

https://incredibowlstore.com ("Website"). Sales of INCREDIBOWL Products via the Website

and legitimate Webstores represent a significant portion of Plaintiff's business. The Website

features proprietary content, images and designs exclusive to Plaintiff.

15. The INCREDIBOWL Mark are highly visible and distinctive worldwide symbol of

excellence in quality and uniquely associated with Plaintiff and, as a result, Plaintiff Products

bearing the INCREDIBOWL Mark have generated millions of dollars in revenue over the

years.

16. The INCREDIBOWL Mark have never been assigned or licensed to any of the

Defendants in this matter.

17. The INCREDIBOWL Mark are symbols of Plaintiff's quality, reputation and

goodwill and has never been abandoned.

18. Further, Plaintiff has expended substantial time, money and other

resources developing, advertising and otherwise promoting the INCREDIBOWL

Mark.

19. Upon information and belief, at all times relevant hereto, Defendants in this action

have had full knowledge of Plaintiff's ownership of the INCREDIBOWL Mark, including its

exclusive right to use and license such intellectual property and the goodwill associated

therewith.

20. In or around 2017, Plaintiff identified the INCREDIBOWL Mark on the Infringing

Webstore and Counterfeit products designed to resemble authorized retail Internet stores selling

genuine INCREDIBOWL Products that Defendants had reproduced, displayed and distributed

without authorization or license from Plaintiff in violation of the INCREDIBOWL Mark.

21. Defendants' use of the INCREDIBOWL mark on or in connection with the

advertising, marketing, distribution, offering for sale and sale of the Counterfeit Products

is likely to cause and has caused confusion, mistake and deception by and among

consumers and is irreparably harming Plaintiff.

22. Defendants have manufactured, imported, distributed, offered for sale and sold

Counterfeit Products using the INCREDIBOWL Trademark and continue to do so.

23. Defendants, without authorization or license from Plaintiff, knowingly and willfully used and continue to use the INCREDIBOWL mark in connection with the advertisement, offer for sale and sale of the Counterfeit Products, through, inter alia, the Internet. The Counterfeit Products are not genuine INCREDIBOWL Plaintiff Products. The Plaintiff did not manufacture, inspect or package the Counterfeit Products and did not approve the Counterfeit Products for sale or distribution. Each Infringing Webstore offers shipping to the United States, including Illinois, and, on information and belief, each Defendant has sold Counterfeit Products into the United States, including Illinois.

24. Defendants falsely advertise the sale of authentic INCREDIBOWL Products through the Infringing webstores, often by stealing and copying Plaintiff's copyrighted images and photographs of Plaintiff's genuine products in violation of the Plaintiff copyrights. Defendants' Infringing Webstore listings appear to unknowing consumers to be legitimate web stores and listings, authorized to sell genuine INCREDIBOWL Plaintiff Products.

25. Defendants also deceive unknowing consumers by using the INCREDIBOWL Mark without authorization within the content, text, and/or meta tags of the listings on Infringing Webstores in order to attract various search engines crawling the Internet looking for websites relevant to consumer searches for INCREDIBOWL Products and in consumer product searches within the Webstores.

26. Defendants go to great lengths to conceal their true identities and often use multiple fictitious names and addresses to register and operate the Infringing Webstores. Upon information and belief, Defendants regularly create new Webstores on various platforms using

the identities listed in Exhibit 2 of the Complaint, as well as other unknown fictitious names and addresses. Such registration patterns are one of many common tactics used by the Defendants to conceal their identities, the full scope and interworking of their illegal counterfeiting operations, and to prevent the Infringing Webstores from being disabled.

27. Upon information and belief, Defendants will continue to register or acquire listings for the purpose of selling Counterfeit Goods that infringe upon the INCREDIBOWL Mark unless preliminarily and permanently enjoined.

28. Plaintiff has no adequate remedy at law.

### COUNT ONE
### FEDERAL TRADEMARK COUNTERFEITING AND INFRINGEMENT
### (15 U.S.C. §1114)

29. The Plaintiff repeats and realleges the foregoing allegations above as if fully set forth herein.

30. The Plaintiff's mark and the goodwill of the business associated with it in the United States and throughout the world are of great and incalculable value. The mark is highly distinctive and has become universally associated in the public mind with Plaintiffs' Products and related services. Consumers associate the Plaintiff's mark with the Plaintiff as the source of the very highest quality products.

31. Without the Plaintiff's authorization or consent, and having knowledge of the Plaintiff's well-known and prior rights in the Plaintiff's mark and the fact that Defendants' Counterfeit Products are sold using Mark which is identical or confusingly similar to the Plaintiff's mark, the Defendants have manufactured, distributed, offered for sale and/or sold the Counterfeit Products to the consuming public in direct competition with Plaintiff's sale of

genuine Plaintiff products, in or affecting interstate commerce.

32. Defendants' use of copies or approximations of the Plaintiff's mark in conjunction with Defendant's Counterfeit Products is likely to cause and is causing confusion, mistake and deception among the general purchasing public as to the origin of the Counterfeit Products, and is likely to deceive the public into believing the Counterfeit Products being sold by Defendants originate from, are associated with or are otherwise authorized by the Plaintiff, all to the damage and detriment of the Plaintiff's reputation, goodwill and sales.

33. The Plaintiff has no adequate remedy at law and, if Defendants' activities are not enjoined, the Plaintiff will continue to suffer irreparable harm and injury to its goodwill and reputation.

## COUNT TWO
## UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN
### (15 U.S.C. §1125(a))

34. The Plaintiff repeats and realleges the foregoing allegations above as if fully set forth herein.

35. The Counterfeit Products sold and offered for sale by Defendants are of the same nature and type as the Plaintiff's products sold and offered for sale by the Plaintiff and, as such, Defendants' use is likely to cause confusion to the general purchasing public.

36. By misappropriating and using the Plaintiff's Mark, genuine product images and trade names, Defendants misrepresent and falsely describe to the general public the origin and source of the Counterfeit Products and create a likelihood of confusion by consumers as to the source of such merchandise.

37. Defendants' unlawful, unauthorized and unlicensed manufacture, distribution, offer for sale and/or sale of the Counterfeit Products creates express and implied

misrepresentations that the Counterfeit Products were created, authorized or approved by the Plaintiff, all to Defendants' profit and to the Plaintiff's great damage and injury.

38. Defendants' aforesaid acts are in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), in that Defendants' use of the Plaintiff's mark, genuine product images and trade names, in connection with their goods and services in interstate commerce, constitutes a false designation of origin and unfair competition.

39. The Plaintiff has no adequate remedy at law and, if the Defendants' activities are not enjoined, Plaintiffs will continue to suffer irreparable harm and injury to their goodwill and reputation.

## COUNT THREE
## ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES (815 ILCS 510)

40. The Plaintiff repeats and realleges the foregoing allegations above as if fully set forth herein.

41. The Counterfeit Products sold and offered for sale by Defendants are of the same nature and type as the Plaintiff's products sold and offered for sale by the Plaintiff and, as such, Defendants' use is likely to cause confusion to the general purchasing public.

42. By misappropriating and using the Plaintiff's mark, genuine product images and trade names, Defendants misrepresent and falsely describe to the general public the origin and source of the Counterfeit Products and create a likelihood of confusion by consumers as to the source of such merchandise.

43. Defendants' unlawful, unauthorized and unlicensed manufacture, distribution, offer for sale and/or sale of the Counterfeit Products creates express and implied misrepresentations that the Counterfeit Products were created, authorized or approved by the

Plaintiff, all to the Defendants' profit and to the Plaintiff's great damage and injury.

44. Defendants' aforesaid acts are in violation of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/2 *et seq.*, in that Defendants' use of the Plaintiff's mark, genuine product images and trade names, in connection with their goods and services in interstate commerce, constitutes a false designation of origin and unfair competition.

45. Plaintiffs have no adequate remedy at law and, if the Defendants' activities are not enjoined, the Plaintiff will continue to suffer irreparable harm and injury to its goodwill and reputation.

### PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays for judgment against Defendants in favor of the Plaintiff on all counts as follows:

1. That Defendants, their officers, agents, servants, employees, attorneys, confederates, and all persons in active concert with them be temporarily, preliminarily and permanently enjoined and restrained from:

(i) using the Plaintiff's Mark or any reproduction, counterfeit, copy or colorable imitation of the Plaintiff's mark in connection with the distribution, advertising, offer for sale and/or sale of merchandise not the genuine products of the Plaintiff; and

(ii) passing off, inducing or enabling others to sell or pass off any Counterfeit Products as genuine products made and/or sold by the Plaintiff; and

(iii) committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

(iv) further infringing the Plaintiff's mark and damaging Plaintiff's goodwill;

(v) competing unfairly with Plaintiff in any manner;

(vi) shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and that bear the INCREDIBOWL mark or any reproductions, counterfeit copies, or colorable imitations thereof;

(vii) using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the Infringing Webstores, listings, or any other domain name that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Products;

(viii) operating and/or hosting websites at the Infringing Webstores and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Plaintiff's mark or any reproduction, counterfeit copy or colorable imitation thereof that is not a genuine product or not authorized by Plaintiff to be sold in connection with the Plaintiff's mark; and,

(ix) registering any additional domain names that use or incorporate any of the Plaintiff's Mark; and

2. That Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily, preliminarily, and permanently enjoined and restrained from:

(i) displaying images protected by the Plaintiff's Copyright in connection with the distribution, advertising, offer for sale and/or sale of any product that is not a

genuine Plaintiff Product or is not authorized by Plaintiff to be sold in connection with the Plaintiff's Copyright; and

(ii) shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and protected by the Plaintiff's Copyright or any reproductions, counterfeit copies, or colorable imitations thereof; and,

3. That Defendants, within ten days after service of judgment with notice of entry thereof upon them, be required to file with the Court and serve upon the Plaintiff's a written report under oath setting forth in detail the manner in which Defendants have complied with any and all injunctive relief ordered by this Court.

4. Entry of an order that, upon Plaintiff's request, those in privity with Defendants and those with notice of the injunction, including any Internet search engines, Webstore hosts or their administrators that are provided with notice of the injunction, cease facilitating access to any or all webstores through which Defendants engage in the sale of Counterfeit Products using the Plaintiff's mark;

5. That Defendants account for and pay over to Plaintiff any and all profits realized by Defendants by reason of Defendants' unlawful acts herein alleged, and that the amount of damages for infringement of the INCREDIBOWL Mark be increased by a sum not exceeding three times the amount thereof as provided by law as provided by 15 U.S.C. § 1117;

6. In the alternative, that Plaintiff be awarded statutory damages of One Hundred Thousand Dollars (U.S.) and No Cents ($100,000.00) for each and every use of the Plaintiff's mark counterfeited by each Defendant;

7. That Plaintiff be awarded its reasonable attorneys' fees and costs; and,

8. Grant Plaintiff such other and further legal relief as may be just and proper.


Respectfully submitted,

Dated: <u>November 6, 2018</u>

By: <u>      /s/   Rishi Nair      </u>
Rishi Nair
ARDC # 6305871
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.com

EXHIBIT 1






Milwaukee
Waukesha
Delafield
Stoughton
Fort Atkinson
Oak Creek
Edgerton
Whitewater
Milton
East Troy
Racine
Janesville
Elkhorn
Burlington
Delavan
Lake Geneva
Kenosha
Pleasant Prairie
Beloit
Roscoe
Harvard
Fox Lake
Waukegan
McHenry
Loves Park
Rockford
Belvidere
Crystal Lake
Byron
Arlington Heights
Evanston
Elgin
Schaumburg
Sycamore
Rochelle
DeKalb
St. Charles
Chicago
Ashton
Downers Grove
Shabbona
Aurora
Naperville
Oak Lawn
Paw Paw
Oswego
Bolingbrook
Plano
Orland Park
Tinley Park
Hammond
Gary
Portage
Mendota
Fox River
Joliet
Merrillville
Valparaiso
Westville
Wanatah
Lasalle
Ottawa
Marseilles
Illinois River
Oglesby
Braidwood
Manteno
Bourbonnais
Kankakee
Streator
Dwight
Wenona
Toluca
Herscher
Odell
St Anne
De Motte
Roselawn
North Judson
Winamac
Knox
Culver
Argos
Plymouth
Rochester
Kewanna
Walkerton
Lakeville
La Porte
South Bend
Michigan City
Long Beach
New Buffalo
Niles
Bridgman
St Joseph
Coloma
South Haven
Grand Haven
Saugatuck
Minonk
Pontiac
Cullom
Clifton
Morocco
Rensselaer
Fulton
Monon
Royal Center
Roanoke
Indiana Beach
El Paso
Gridley
Chenoa
Fairbury
Chatsworth
Gilman
Watseka
Kentland
Remington
Monticello
Google
Map data ©2018 Google

**Secrets**
3229 North Clark St
Chicago, IL 60657, United States

4.1 Mi

Get Directions

**Novelties and Stuff**
3248 N Clark St
Chicago, IL 60657, United States

4.12 Mi

Get Directions

**Smoker Zone**
3326 North Clark Street
Chicago, IL 60657,

4.25 Mi

Get Directions

**Halsted Smoke Shop**
3448 N. Halsted Ave
Chicago, IL 60657,

4.36 Mi

Get Directions

**Vape Daze**
2817 W. Belden AVe.
Chicago, IL 60622, United States

4.71 Mi

Get Directions

**Roots Smoke and Vapor Shop**
4006 N. Sheridan Rd
Chicago, IL 60613,

5.08 Mi

Get Directions

**South Side Smoke Shop #2**
6240 South Pulaski Rd
Chicago, IL 60629, United States

8.98 Mi

Get Directions

**The Highway**
3351 North Harlem
Chicago, IL 60634, United States

10.24 Mi

Get Directions

**Old Chicago**
4608 N Harlem
Harwood Heights, IL 60076,

10.96 Mi

Get Directions

**Smokes & Such Skokie**
3439 W Dempster St
Skokie, Colorado 60076, United States

12.5 Mi

smokesandsuch.com

Get Directions



**Smoke Shop Guys**
4843 West Dempster
Skokie, IL 60077, United States

13.01 Mi

Get Directions

**New Age Care LLC**
998 Church Street
#244
Glenview, IL 60025, United States

15.94 Mi

Get Directions

**Zee Vape and Tobacco**
1823 Waukegan Rd.
Glenview, IL 60025, United States

16.65 Mi

Get Directions

**Palo's Tobacco**
13430 S. RIDGELAND AVE,
PALOS HEIGHTS, IL 60463, United States

18.31 Mi

Get Directions

**Sight and Sound**
663 North Cass Ave
Westmont, IL 60559,

18.9 Mi

Get Directions

**Trendsetter**
16657 Halsted
Harvey, IL 60410,

20.62 Mi

Get Directions

**Weezer's Tobacco**
21W500 North Ave.
Lombard, IL 60148,

21.8 Mi

Get Directions

**Smoke 219**
7451 Indianapolis Blvd
Hammond, IN 46324, United States

22.41 Mi

Get Directions

**ChiCity**
1224 W. Ogden Ave
Naperville, IL 60563,

29.43 Mi

Get Directions

**Green Fields IN**
1901 South Lake Mall
Merrillville, IN 46410,

31.98 Mi

Get Directions

## Be in the know

Sign up for the latest news, offers and styles

Your email

## Contact

(720) 239.1492

Support@theincredibowl.com

Refund & Shipping Policy

Privacy Policy

Terms of Service

## Resources

Search our site

Shop Local

Register your warranty

File a claim

Look up your order

Instruction Manuals

## Info

About Incredibowl

FAQ

Product Support

Send us a message

Wholesale

© 2018, The Incredibowl Store. Powered by Shopify

   

EXHIBIT 2

| Defendant | Marketplace | Merchant Name | Merchant ID | Product URL |
|---|---|---|---|---|
| Doe 1 | Wish | angelwings520 | 5b08ca0e139e011b4712ef81 | https://www.wish.com/product/5b9754cbf8a77e7277f2dd18 |
| | Wish | angelwings520 | 5b08ca0e139e011b4712ef81 | https://www.wish.com/product/5b16007e15abbf5a0c8fd08c |
| Doe 2 | Wish | bayer1 aka zhangjian0318 | 5a4878ebef626b12ff0c60a1 | https://www.wish.com/product/5b1b334eb447065a685832b3 |
| Doe 3 | Wish | berylqin | 59f09913ef7b895a1f6f85e8 | https://www.wish.com/product/5b2209b489211f687617d6bd |
| | Wish | berylqin | 59f09913ef7b895a1f6f85e8 | https://www.wish.com/product/5b63b3049789b618f03c558b |
| Doe 4 | Wish | bestylehometextilecompany | 57da2f59477862105aeead66 | https://www.wish.com/product/5bc470c7d8f54a171376a2a1 |
| | Wish | bestylehometextilecompany | 57da2f59477862105aeead66 | https://www.wish.com/product/5b8a133eac67234201876cb4 |
| Doe 5 | DHGate | Cacoo | 20897484 | https://www.dhgate.com/product/new-hot-incredibowlm420-smoking-pipes-metal/413174494.html |
| | DHGate | Cacoo | 20897484 | https://www.dhgate.com/product/new-hot-incredibowlm420-smoking-pipes-metal/413174733.html |
| | DHGate | Cacoo | 20897484 | https://www.dhgate.com/product/new-hot-incredibowlm420-smoking-pipes-metal/413174972.html |
| Doe 6 | Wish | chaoliunanku99 | 5b697d1108596d5689b66c49 | https://www.wish.com/product/5bc470c6cf7ee5784fe49f43 |
| | Wish | chaoliunanku99 | 5b697d1108596d5689b66c49 | https://www.wish.com/product/5b8a133ebd1b4e32980cc652 |
| Doe 7 | DHGate | Chen1314168 | 19924554 | https://www.dhgate.com/product/ncredibowl-m420-smoking-pipes-metal-dry-herb/412343293.html |
| Doe 8 | Wish | danlinfactory | 553cdc72d57a0156012b20c4 | https://www.wish.com/product/5b8a133ee860e4329b4db887 |
| | Wish | danlinfactory | 553cdc72d57a0156012b20c4 | https://www.wish.com/product/5bc470c6b2164019bd644fdf |
| Doe 9 | Wish | dapengtrading | 557a92434b06781bf00f1e6a | https://www.wish.com/product/5bc470c6b8ea063469a99c41 |
| Doe 10 | Wish | daqishangwu | 59c31b680415f81442b192b7 | https://www.wish.com/product/5b56c0583cba211159712d25 |
| Doe 11 | Wish | designerclothes | 5b640d18acc118445f2b0859 | https://www.wish.com/product/5bc470c6751e3b169da7f4d9 |
| | Wish | designerclothes | 5b640d18acc118445f2b0859 | https://www.wish.com/product/5b8a133e22fd9c45bd53991f |
| Doe 12 | Wish | duhuili | 5b4c4afb14f3357da7a7fa05 | https://www.wish.com/product/5b56b2d0c0201a16d0263b5c |
| Doe 13 | DHGate | Egate1 | 20897462 | https://www.dhgate.com/product/2018-infinitetwisty-glass-blunt-vaporizer/411054433.html |
| | DHGate | Egate1 | 20897462 | https://www.dhgate.com/product/2018-infinitetwisty-glass-blunt-vaporizer/411054504.html |
| Doe 14 | Wish | happyadi | 5a9e450e4f6b49156379df57 | https://www.wish.com/product/5bc470c6e94b2930a13ad3f5 |
| | Wish | happyadi | 5a9e450e4f6b49156379df57 | https://www.wish.com/product/5b8a133ef33f8f42bbf8798b |
| Doe 15 | Wish | hiyeartechnologycoltd | 5b0f5f262c3c1d16e834f6ee | https://www.wish.com/product/5b1f4fde505a215b946cdde8 |
| Doe 16 | Wish | holdyourhand | 5b0959437752c81ba43cc374 | https://www.wish.com/product/5b220e934ce1e415b065f3f3 |
| | Wish | holdyourhand | 5b0959437752c81ba43cc374 | https://www.wish.com/product/5bcd373be0dc1d1e8d3a50bb |
| Doe 17 | Wish | huangxianhui520 | 5b2a2566337afb0e32b95626 | https://www.wish.com/product/5bb575a7905d6216ac591a33 |
| Doe 18 | Wish | huangz | 59ede6513eb22a0ca7775419 | https://www.wish.com/product/5b14b59abe737653470450b2 |
| Doe 19 | DHGate | Jieq | 19820561 | https://www.dhgate.com/product/2018-infinitetwisty-glass-blunt-vaporizer/412371145.html |

| Defendant | Marketplace | Merchant Name | Merchant ID | Product URL |
|---|---|---|---|---|
| Doe 20 | Wish | jijsgywyh2212163com | 596853fed44a9b12acf6a119 | https://www.wish.com/product/5b56ace8c00c433159a2df68 |
| Doe 21 | Wish | jutefabricproductstudio | 58399d23168b5404c8e292a1 | https://www.wish.com/product/5b8a133e1303ee49e7341230 |
| | Wish | jutefabricproductstudio | 58399d23168b5404c8e292a1 | https://www.wish.com/product/5bc470c661b03016b2e5429a |
| Doe 22 | Wish | lilu2521 | 5b5d269d6967ac20758191e0 | https://www.wish.com/product/5b5da8f28bacb05406689144 |
| Doe 23 | Wish | minipanda | 56fdeb81b3909c58b4d7d34d | https://www.wish.com/product/5bc470c6297da616aa942cd5 |
| | Wish | minipanda | 56fdeb81b3909c58b4d7d34d | https://www.wish.com/product/5b8a133e3e31d845b4969e6f |
| Doe 24 | Wish | qhhhhqqhh998788163com | 595637a830047a1de58a48c2 | https://www.wish.com/product/5b56b37fd4456b0f911113b3 |
| Doe 25 | Wish | qiuzuzhao | 5b4ef2831fad502f4c6bf690 | https://www.wish.com/product/5b56ac4967b627740faf54ac |
| Doe 26 | Wish | quartzwatchmen | 5acec72fc3911a4f58c907d4 | https://www.wish.com/product/5b20970bb39d3a26310bb3ef |
| Doe 27 | Wish | shiqiangstore | 593a4cb6ff3e80371b212009 | https://www.wish.com/product/5b220adc9e30dc7a983f85bd |
| | Wish | shiqiangstore | 593a4cb6ff3e80371b212009 | https://www.wish.com/product/5bb57584bf23bc16b109d023 |
| Doe 28 | Wish | struggleforabetterfuture | 58c9106099858850ec147c7d | https://www.wish.com/product/5b220e7766b4660c0c0621d0 |
| | Wish | struggleforabetterfuture | 58c9106099858850ec147c7d | https://www.wish.com/product/5bcd3749d94c832ab1a220ae |
| Doe 29 | Wish | sunshineaftertherain | 585637ff6339b406781a9770 | https://www.wish.com/product/5b220baf70d593661a9ac127 |
| | Wish | sunshineaftertherain | 585637ff6339b406781a9770 | https://www.wish.com/product/5bb57563b90a38168e6f79ef |
| Doe 30 | DHGate | Szparty | 19811911 | https://www.dhgate.com/product/incredibowlm420-smoking-pipes-metal-dry-herb/413172473.html |
| | DHGate | Szparty | 19811911 | https://www.dhgate.com/product/incredibowlm420-smoking-pipes-metal-dry-herb/413172997.html |
| Doe 31 | Wish | tangxingyi | 5aa60c7f28a2b3327efaa7ab | https://www.wish.com/product/5b56b96d40927670848d0578 |
| Doe 32 | Wish | thelightofthesun | 5b094e1f5920697b82187c58 | https://www.wish.com/product/5b220e7e70d59366069ac1a5 |
| Doe 33 | Wish | wangpeng1994 | 5b55778aa2a4e71d8d54d51b | https://www.wish.com/product/5b5b2a909a0dbe111dbf3fc0 |
| Doe 34 | Wish | yangtingting011 | 5b5bd97880736a254fa10652 | https://www.wish.com/product/5b5db67bae06d56c601f14b3 |
| Doe 35 | Wish | zhangjian1993 | 5a8167752c49564cc91bd77f | https://www.wish.com/product/5b63b54e8a6941340e59cfab |
| | Wish | zhangjian1993 | 5a8167752c49564cc91bd77f | https://www.wish.com/product/5b1bb4a0b1e26e24c505c9ed |
| | Wish | zhangjian1993 | 5a8167752c49564cc91bd77f | https://www.wish.com/product/5b220a8809dce51379bdc907 |
| Doe 36 | Wish | zyou | 59b1e96130e1f33aa9eb84cc | https://www.wish.com/product/5b2208342c5fdd72e11ea324 |
| | Wish | zyou | 59b1e96130e1f33aa9eb84cc | https://www.wish.com/product/5b1bb882259db835e96b4ca3 |
| | Wish | zyou | 59b1e96130e1f33aa9eb84cc | https://www.wish.com/product/5b6297af4413156359dfc56a |

EXHIBIT 3



# United States of America

## United States Patent and Trademark Office

# incredibowl

**Reg. No. 3,878,821**
**Registered Nov. 23, 2010**

INCREDIBOWL INDUSTRIES, LLC (COLORADO LIMITED LIABILITY COMPANY)
500 E. ROGERS RD., SUITE B
LONGMONT, CO 80501

**Int. Cl.: 34**

FOR: THERAPEUTIC SMOKING DEVICES AND ACCESSORIES IN THE NATURE OF SMOKERS' ARTICLES, NAMELY, GLASS PIPES, BONGS, PLASTIC PIPES, SMOKING PIPES, SMOKING CASES, PIPE CASES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

**TRADEMARK**

**PRINCIPAL REGISTER**

FIRST USE 4-1-2009; IN COMMERCE 7-14-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-876,924, FILED 11-19-2009.

TRICIA SONNEBORN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office